1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY (CABN 217871)          **FILED**
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055       AUG 1 4 2008
6      San Francisco, California 94102
       Telephone: (415) 436-7368               RICHARD W. WIEKING
7      Facsimile: (415) 436-7234               CLERK U.S. DISTRICT COURT
       E-Mail: Matthew.McCarthy@usdoj.gov      NORTHERN DISTRICT OF CALIFORNIA
8

9  Attorneys for the United States

10
                              UNITED STATES DISTRICT COURT
11
                             NORTHERN DISTRICT OF CALIFORNIA
12
                                  SAN FRANCISCO DIVISION
13
                                          )    No. CR   3  08  70531    JCS
14 UNITED STATES OF AMERICA,               )
                                           )
15         Plaintiff,                      )
                                           )    NOTICE OF PROCEEDINGS ON OUT-
16    v.                                   )    OF-DISTRICT CRIMINAL CHARGES
                                           )    PURSUANT TO RULES 5(c)(2) and (3)
17 ROBERT RICHARDS,                        )    OF THE FEDERAL RULES OF
                                           )    CRIMINAL PROCEDURE
18         Defendant.                      )
                                           )
19

20         Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

21 Procedure that on or about August 13, 2008, defendant ROBERT RICHARDS was arrested

22 based upon an arrest warrant (copy attached as Ex. 1) issued upon an indictment from the

23 Northern District of Georgia, case number CR 07-412-CAP-GGB.

24         In that case, the defendant is charged with one count of conspiracy to possess a controlled

25 substance with intent to distribute (21 U.S.C. § 841(a)(1)), and one count of conspiracy to

26 trasport United States currency from a place inside the United States to a place outside of the

27 United States with the intent to promote an unlawful activity (18 U.S.C. § 1956(h)) (copy of

28 //

   NOTICE OF PROCEEDINGS

1  Indictment attached as Ex. 2).

2

3  DATED: August 13, 2008           Respectfully submitted,

4  JOSEPH P. RUSSONIELLO
   United States Attorney

5

6  _____
   MATTHEW L. McCARTHY
7  Assistant United States Attorney

8
                   **CERTIFICATE OF SERVICE**
9
   I hereby certify under penalty of perjury, that on August 13, 2008, in the Northern District of
10
   California, I served a copy of the foregoing NOTICE OF PROCEEDINGS, on the Duty Federal
11
   Public Defender, 450 Golden Gate Avenue, San Francisco, by personal delivery.
12

13 Date: August 13, 2008

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF PROCEEDINGS

2

Exhibit 1

AO 442 (12/85) Warrant for Arrest

RECEIVED
08 FEB 14 AM 8:33
U.S. MARSHALS SERVICE
NORTHERN GEORGIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

ROBERT RICHARDS

WARRANT FOR ARREST

CASE NO. 1:07-CR-412-CAP-GGB

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ROBERT RICHARDS and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

Charging him or her with (brief description of offense): POSSESSION W/I TO DISTRIBUTE COCAINE

in violation of **Title 21, United States Code, Section(s) 846 and 841(b)(1)(A)(ii)(II)**

JAMES N. HATTEN
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

February 13, 2008 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer

Exhibit 2

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 1 2 2008

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL INDICTMENT |
| v. : | NO. 1:07-CR-412 (CAP/GGB) |
| RAMIRO CAMPUZANO VELAZCO, : | |
|   a/k/a COMPADRE; : | |
| LUIS GONZALES HERRERA, : | |
|   a/k/a FRANSISCO RAMIREZ, : | |
|   a/k/a PEPE : | |
| FAUSTINO GUTIERREZ PLANCARTE, : | First Superseding |
|   a/k/a JOSILO; : | |
| JUAN CARLOS QUEZADA; : | |
| MIGUEL RUBIO ZAMORA, : | |
|   a/k/a JAVIER ARREOLA, : | |
|   a/k/a RANA; : | |
| FNU LNU, : | |
|   a/k/a PINTOR; : | |
| WILLIE VARGAS; : | |
| ERIC VARGAS TAVIRA; : | |
| GUILLERMO CAMPUZANO-VELASCO, : | |
|   a/k/a MEMO; : | |
| RIGOBERTO SANCHEZ, : | |
|   a/k/a RIGO; : | |
| FERNANDO CAMPUZANO-VELAZCO, : | |
|   a/k/a NANDO; : | |
| MARCO ANTONIO GONZALEZ-PULIDO: | |
|   a/k/a EL MUSICO, : | |
|   a/k/a GORDO, : | |
|   a/k/a EL MAESTRO, : | |
|   a/k/a EL CONJUNTO; : | |
| COLUMBA VELAZCO; : | |
| FNU LNU, : | |
|   a/k/a ESTEBAN; : | |
| ROSA DELIA LOPEZ-SILVA; : | |

ALMA LNU;
TROY GLEN PALMER;
ROBERT RICHARDS;
NOAH NEVILL;
JOHN DENNIS CHAPMAN;
BRIAN JOHN PRATTICO; and
FNU LNU
   a/k/a TITO.

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

Beginning on a date unknown to the Grand Jury, but at least as of April of 2007, and continuing until on or about December 6, 2007, in the Northern District of Georgia, and elsewhere, the defendants:

RAMIRO CAMPUZANO VELAZCO, a/k/a Compadre;
LUIS GONZALES HERRERA, a/k/a Fransisco Ramirez, a/k/a Pepe;
FAUSTINO GUTIERREZ PLANCARTE, a/k/a Josilo;
JUAN CARLOS QUEZADA;
MIGUEL RUBIO ZAMORA, a/k/a Javier Arreola, a/k/a Rana;
FNU LNU, a/k/a Pintor;
WILLIE VARGAS;
ERIC VARGAS TAVIRA;
GUILLERMO CAMPUZANO-VELASCO, a/k/a Memo;
RIGOBERTO SANCHEZ, a/k/a Rigo;
FERNANDO CAMPUZANO-VELAZCO, a/k/a Nando;
MARCO ANTONIO GONZALEZ-PULIDO, a/k/a El Musico, a/k/a Gordo, a/k/a El Maestro, a/k/a El Conjunto;
COLUMBA VELAZCO;
FNU LNU, a/k/a ESTEBAN;
ROSA DELIA LOPEZ-SILVA;
ALMA LNU;
TROY GLEN PALMER;
ROBERT RICHARDS;
NOAH NEVILL;

JOHN DENNIS CHAPMAN;
BRIAN JOHN PRATTICO; and
FNU LNU, a/k/a Tito.

did knowingly combine, conspire, confederate, agree and have a tacit understanding with each other and persons unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with the intent to distribute a controlled substance, said conspiracy involving, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii)(II).

### COUNT TWO

On or about August 18, 2007, in the Northern District of Georgia, the defendants,

RAMIRO CAMPUZANO VELAZCO, a/k/a Compadre;
LUIS GONZALES HERRERA, a/k/a Fransisco Ramirez, a/k/a Pepe
FAUSTINO GUTIERREZ PLANCARTE, a/k/a Josilo; and
JUAN CARLOS QUEZADA;

aided and abetted by each other, did knowingly and intentionally possess, with the intent to distribute, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about August 22, 2007, in the Northern District of Georgia, the defendants,

>RAMIRO CAMPUZANO VELAZCO, a/k/a Compadre;
>LUIS GONZALES HERRERA, a/k/a Fransisco Ramirez, a/k/a Pepe;
>MIGUEL RUBIO ZAMORA, a/k/a Javier Arreola, a/k/a Rana;
>FNU LNU, a/k/a Pintor;
>ERIC VARGAS TAVIRA;
>COLUMBA VELAZCO; and
>ALMA LNU;

aided and abetted by each other, did knowingly and intentionally possess, with the intent to distribute, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about October 23, 2007, in the Northern District of Georgia, the defendants,

>RAMIRO CAMPUZANO VELAZCO, a/k/a Compadre; and
>RIGOBERTO SANCHEZ, a/k/a Rigo;
>TROY GLEN PALMER;
>JOHN DENNIS CHAPMAN; and
>FNU LNU, a/k/a Tito

aided and abetted by each other, did knowingly and intentionally possess, with the intent to distribute, at least five (5) kilograms of a mixture and substance containing

a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about November 26, 2007, in the Northern District of Georgia, the defendants,

> RAMIRO CAMPUZANO VELAZCO, a/k/a Compadre;
> RIGOBERTO SANCHEZ, a/k/a Rigo; and
> BRIAN PRATTICO

aided and abetted by each other, did knowingly and intentionally possess, with the intent to distribute, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT SIX

On or about December 6, 2007, in the Northern District of Georgia, the defendant, MARCO ANTONIO GONZALEZ-PULIDO, a/k/a El Musico, a/k/a Gordo, a/k/a El Maestro, a/k/a El Conjunto, knowingly possessed a firearm, that is, one Brascia Bravetta .25 caliber handgun, bearing serial number 19881, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code,

Section 846, as set forth in Count One of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(I).

### COUNT SEVEN

Beginning on a date unknown to the Grand Jury, but at least as of April of 2007, until on or about December 6, 2007, in the Northern District of Georgia and elsewhere, the defendants,

> RAMIRO CAMPUZANO VELAZCO, a/k/a Compadre;
> LUIS GONZALES HERRERA, a/k/a Fransisco Ramirez, a/k/a Pepe
> FAUSTINO GUTIERREZ PLANCARTE, a/k/a Josilo;
> FNU LNU, a/k/a Pintor;
> GUILLERMO CAMPUZANO-VELASCO, a/k/a Memo;
> RIGOBERTO SANCHEZ, a/k/a Rigo;
> FERNANDO CAMPUZANO-VELAZCO, a/k/a Nando;
> MARCO ANTONIO GONZALEZ-PULIDO, a/k/a El Musico, a/k/a Gordo, a/k/a El Maestro, a/k/a El Conjunto;
> COLUMBA VELAZCO;
> FNU LNU, a/k/a ESTEBAN;
> ROSA DELIA LOPEZ-SILVA;
> ALMA LNU;
> TROY GLEN PALMER;
> ROBERT RICHARDS;
> NOAH NEVILL;
> JOHN DENNIS CHAPMAN; and
> FNU LNU, a/k/a Tito.

did knowingly combine, conspire, confederate, agree and have a tacit understanding with each other and others known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1956(a)(2)(A), that is, to knowingly transport, transmit or transfer and attempt to transport, transmit or transfer funds, that is, United States

Currency, from a place in the United States, that is, Atlanta, Georgia, to a place outside the United States, that is, Mexico, with the intent to promote the carrying on of specified unlawful activity, that is, acts indictable under Title 21, United States Code, Sections 841 and 846, all in violation of Title 18, United States Code, Section 1956(h).

## COUNT EIGHT

On or about October 11, 2007, in the Northern District of Georgia, the defendants,

RAMIRO CAMPUZANO VELAZCO, a/k/a Compadre; and
ROSA DELIA LOPEZ-SILVA;

aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly and intentionally transport, transmit or transfer and attempt to transport, transmit or transfer funds, that is, United States Currency, from a place in the United States, that is, Atlanta, Georgia, to a place outside the United States, that is, Mexico, with the intent to promote the carrying on of specified unlawful activity, that is, acts indictable under Title 21, United States Code, Sections 841 and 846, all in violation of Title 18, United States Code, Section 1956(a)(2)(A), and Title 18, United States Code, Section 2.

## COUNT NINE

On or about October 16, 2007, in the Northern District of Georgia, the

defendants,

        RAMIRO CAMPUZANO VELAZCO, a/k/a Compadre; and
        ROSA DELIA LOPEZ-SILVA;

aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly and intentionally transport, transmit or transfer and attempt to transport, transmit or transfer funds, that is, United States Currency, from a place in the United States, that is, Atlanta, Georgia, to a place outside the United States, that is, Mexico, with the intent to promote the carrying on of specified unlawful activity, that is, acts indictable under Title 21, United States Code, Sections 841 and 846, all in violation of Title 18, United States Code, Section 1956(a)(2)(A), and Title 18, United States Code, Section 2.

### COUNT TEN

On or about October 17, 2007, in the Northern District of Georgia, the defendants,

        RAMIRO CAMPUZANO VELAZCO, a/k/a Compadre;
        RIGOBERTO SANCHEZ, a/k/a Rigo;
        TROY GLEN PALMER;
        ROBERT RICHARDS;
        NOAH NEVILL; and
        FNU LNU, a/k/a Tito

aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly and intentionally transport, transmit or transfer and attempt to transport, transmit or transfer funds, that is, United States Currency, from a place in

the United States, that is, Atlanta, Georgia, to a place outside the United States, that is, Mexico, with the intent to promote the carrying on of specified unlawful activity, that is, acts indictable under Title 21, United States Code, Sections 841 and 846, all in violation of Title 18, United States Code, Section 1956(a)(2)(A), and Title 18, United States Code, Section 2.

## COUNT ELEVEN

On or about October 23, 2007, in the Northern District of Georgia, the defendants,

RAMIRO CAMPUZANO VELAZCO, a/k/a Compadre; and
ROSA DELIA LOPEZ-SILVA;

aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly and intentionally transport, transmit or transfer and attempt to transport, transmit or transfer funds, that is, United States Currency, from a place in the United States, that is, Atlanta, Georgia, to a place outside the United States, that is, Mexico, with the intent to promote the carrying on of specified unlawful activity, that is, acts indictable under Title 21, United States Code, Sections 841 and 846, all in violation of Title 18, United States Code, Section 1956(a)(2)(A), and Title 18, United States Code, Section 2.

## FORFEITURE PROVISION

Upon conviction of one or more of the controlled substance offenses alleged

in Count(s) One through Eleven of this Indictment, defendant(s),

    RAMIRO CAMPUZANO VELAZCO, a/k/a Compadre;
    LUIS GONZALES HERRERA, a/k/a Fransisco Ramirez, a/k/a Pepe
    FAUSTINO GUTIERREZ PLANCARTE, a/k/a Josilo;
    JUAN CARLOS QUEZADA;
    MIGUEL RUBIO ZAMORA, a/k/a Javier Arreola, a/k/a Rana;
    FNU LNU, a/k/a Pintor;
    WILLIE VARGAS;
    ERIC VARGAS TAVIRA;
    GUILLERMO CAMPUZANO-VELASCO, a/k/a Memo;
    RIGOBERTO SANCHEZ, a/k/a Rigo;
    FERNANDO CAMPUZANO-VELAZCO, a/k/a Nando;
    MARCO ANTONIO GONZALEZ-PULIDO, a/k/a El Musico, a/k/a Gordo, a/k/a El Maestro, a/k/a El Conjunto;
    COLUMBA VELAZCO;
    ROSA DELIA LOPEZ-SILVA;
    ALMA LNU;
    TROY GLEN PALMER;
    ROBERT RICHARDS;
    NOAH NEVILL;
    JOHN DENNIS CHAPMAN;
    BRIAN JOHN PRATTICO; and
    FNU LNU, a/k/a Tito.

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation(s), including, but not limited to the following:

    A. Money Judgment:

        A sum of money representing the amount of proceeds obtained as a

result of the offense(s), including, but not limited to the following:

    i. United States currency seized on Thursday, December 6, 2007 in the amount of $174,421.00; and

    ii. United States currency seized on Thursday, October 18, 2007 in the amount of $351,050.00.

B. Personal Property, including, but not limited to the following:

    i. One black 2002 Ford F150 pick-up truck, VIN # 1FTRF07252KB48133;

    ii. One silver 2005 Jeep Grand Cherokee, VIN #1J4GS48K05C636908; and

    iii. One Brascia Bravetta .25 caliber handgun, bearing serial number 19881.

Upon conviction of the offense alleged in Count Six of this Indictment, defendant, MARCO ANTONIO GONZALEZ-PULIDO, a/k/a El Musico, a/k/a Gordo, a/k/a El Maestro, a/k/a El Conjunto; shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

One Brascia Bravetta .25 caliber handgun, bearing serial number 19881.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

A _____ BILL
_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

_____
CASSANDRA J. SCHANSMAN
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6083
404/581-6181 fax
Georgia Bar No. 183184