AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>ROBERT RICHARDS | **FILED** COMMITMENT TO ANOTHER DISTRICT<br>AUG 1 4 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N. District of CA | N. District of GA | 3-08-70531 JCS | 1:07-CR-412 CAP-GGB |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

    X Indictment     ☐ Information     ☐ Complaint     ☐ Other (specify)

**charging a violation of**    21    **U.S.C. §**   841(a)(1); 18 U.S.C. 1956(h); 21 USC 846(b)(1)(A)(ii)(II); 21 USC 853(p)

**DISTRICT OF OFFENSE**
Northern District of GA

**DESCRIPTION OF CHARGES:**

Possession with Intent to Distribute Cocaine; Conspiracy to Transport US Currency; and Forfeiture.

**CURRENT BOND STATUS:**

    ☐ Bail fixed at            and conditions were not met
    ☐ Government moved for detention and defendant detained after hearing in District of Arrest
    ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
    X Other (specify)    Dft waived his right to a Prelim. Identity/Removal Hearing and Detention Hearing.
    Bond, if any, shall be transferred to the District of Offense

**Representation:**    ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    X No    ☐ Yes    Language:

**NORTHERN DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

August 14, 2008
Date                          United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |