**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov




RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 18 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

August 14, 2008

Office of the Clerk
U.S. District Court
Northern District of Georgia
Richard B. Russell Federal Building and Courthouse
75 Spring Street, SW, Room 2211
Atlanta, GA 30303-3361

| | |
|---|---|
| Case Name: | US v Robert Richards |
| Case Number: | 3-08-70531 JCS |
| Charges: | 21:841(a)(1), 18:1956(h) |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Joseph C. Spero. The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( ) The defendant has a court appearance in your court on:

Enclosed are the following documents:
 original Rule 5 affidavit
 original minute order
 certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____
Case Systems Administrator

Enclosures
cc: Financial Office

------

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

1:07-cr-412-18-CAP

Date: 8-18-08

CLERK, U.S. DISTRICT COURT
By Robin Y Chambers
Deputy Clerk